■ DARLENE MCCLAIN, Individually and as Administratrix of the Estate of EUGENE MCCLAIN, Deceased, Respondent, v LOCKPORT PRESTRESS, INC., Appellant, et al., Defendants. (Appeal No. 2.)—Order unanimously reversed, without costs, and third and fourth causes of action dismissed in accordance with same memorandum as in *Dickey v Lockport Prestress* (52 AD2d 1075). (Appeal from order of Monroe Supreme Court—dismiss causes of action.) Present—Marsh, P. J., Simons, Mahoney, Dillon and Witmer, JJ.